IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(CLEVELAND)

| | |
|---|---|
| SHUERT INDUSTRIES, INC., d/b/a SHUERT TECHNOLOGIES,<br><br>    Plaintiff,<br>v.<br><br>AMD PLASTICS, LLC,<br><br>    Defendant. | NO. 1:21-cv-00084<br><br>Magistrate Judge David A. Ruiz<br><br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Shuert Industries, Inc., d/b/a Shuert Industries, and Defendant AMD Plastics, LLC, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its own costs and fees.

| **ULMER & BERNE** | **BERNSTEIN-BURKLEY, P.C.** |
|---|---|
| By: */s/ Sarah M. Benoit*<br>Jeffrey J. Patter, Esquire (0027884)<br>Sarah Miller Benoit, Esquire (0086616)<br>65 East State Street, Suite 1100<br>Columbus, OH 43215<br>Telephone:   (614) 229-0000<br>Facsimile:    (614) 229-0001<br>jpatter@ulmer.com<br>sbenoit@ulmer.com<br><br>*Attorney for Defendant* | By: */s/ John J. Richardson*<br>Harry W. Greenfield, Esquire (0003839)<br>John J. Richardson, Esquire (0074516)<br>707 Grant Street, Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219<br>Telephone:   (412) 456-8107<br>Facsimile:    (412) 456-8135<br>Email: hgreenfield@bernsteinlaw.com<br>Email: jrichardson@bernsteinlaw.com<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

*David A. Ruiz* (signature)

David A. Ruiz
U.S. Magistrate Judge
8/13/2021

1